**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF TEXAS**

IN THE MATTER OF: CHAPTER 13 NO.:

LUIS PACHECO  18-30072-HCM
SONIA PACHECO

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Trustee, Stuart C. Cox, files this Notice of Final Cure Payment. The amount required to cure the default on the claim identified below has been paid in full.

**Name of Creditor:** Rushmore Loan Mgmt Svcs, Llc

Court claim no.: 006PRE

Last four digits of account number (if known): 5666

**Final Cure Amount:**

Amount of allowed pre-petition arrearage: $7,665.23

Amount Paid by Trustee: $7,665.23

**Continuing Monthly Mortgage Payment:**

As of the date of the final plan payment, the continuing monthly mortgage payment was paid:  X   Chapter 13 Trustee conduit  ___ Direct by Debtor(s)

**If Trustee conduit:**

Total amount of continuing payments: $1214.20

Current through: January 2023

Pursuant to Fed. R. Bankr. P. 3002.1(g), the Creditor MUST, within twenty-one (21) days of the service of the Notice of Final Cure Payment, file and serve on the Debtor(s), Debtor(s)' counsel and the Chapter 13 Trustee, a statement indicating (1) whether it agrees that the Debtor(s) have paid in full the amount required to cure the default on the claim; and (2) whether the Debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be

filed as a supplement to the Creditor's proof of claim and is not subject to Fed. R. Bankr. P. 3001(f).

Failure to file such statement or provide any information required by Fed. R. Bankr. P. 3002.1(g), may result in the imposition of sanctions and/or other appropriate relief as determined by the Court.

Dated: February 7, 2023

                                              Respectfully Submitted:
/s/ Stuart C. Cox
Chapter 13 Standing Trustee

## **CERTIFICATE OF SERVICE**

        I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

United States Trustee
615 E. Houston, Suite 533
San Antonio, TX 78205

TANZY & BORREGO LAW OFFICES PLLC
2610 MONTANA AVE.
EL PASO, TX 79903-3712

LUIS and SONIA PACHECO
3163 RUSTIC HIDDEN DR.
EL PASO, TX 79938

Rushmore Loan Mgmt Svcs, Llc
P.O. Box 419094
Rancho Cordova, Ca 95742

Dated: February 7, 2023

                                                  /s/ Stuart C. Cox
                                                 Chapter 13 Standing Trustee